# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NAM-PHONG H. LE, <br> Defendant, | Case No. 19-cr-0532-JLS <br><br> **ORDER CONTINUING** <br> **SENTENCING HEARING** |

Pursuant to joint motion, it is hereby **ORDERED** that the Sentencing Hearing presently set for July 12, 2019 is continued to August 30, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 14, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge